UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERROLYN HEATH,

    Plaintiff,

v.                                                  CASE NO.: 8:10-cv-2274-T-23AEP

CITRUS HEALTH CARE, INC., and
WELLMED MEDICAL MANAGEMENT OF
FLORIDA, INC.,

    Defendants.
_____/

## **ORDER**

The parties move (Doc. 20) for approval of a proposed settlement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).  In this action the plaintiff asserts, in addition to an FLSA claim, a claim under each of the Family Medical Leave Act, 42 U.S.C. § 1981, Title VII, the Florida Civil Rights Act, and the Florida Private Whistleblower Act.  Although a settlement of a claim under any of the latter five statutes may contain a pervasive release and confidentiality provision, a settlement under the FLSA may not. Dees v. Hydradry, 706 F.Supp.2d 1227 (M.D. Fla. 2010).  The confidentiality provision excludes the FLSA claim.  The release is supported by a fair and sufficient consideration attributable only to, and presenting a fair compromise only of, the other claims and not the FLSA claim.  Under these specific and narrow conditions, the motion (Doc. 20) is **GRANTED**, the settlement agreement (Doc. 20-1) is **APPROVED**,

and the action is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on April 11, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE